IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| **WILLIAM SIPPLEN, SR.,** : | |
| : | |
| **Petitioner** : | |
| : | |
| VS. : | |
| : | CIVIL NO. 7:14-CV-0072-HL |
| **Commissioner BRIAN OWENS,** : | |
| : | |
| **Respondent** : | |

**O R D E R**

Petitioner William Sipplen, Sr. seeks to appeal this Court's denial of his Petition for Writ of Habeas Corpus and has filed a Motion for Leave to Proceed *in forma pauperis* on Appeal (ECF No. 21).   Petitioner's Motion is **MOOT**, as he has been denied a Certificate of Appealability. Order, May 26, 2015, ECF No. 16.  *See also* 28 U.S.C. § 2253(c). Petitioner's Motion to Proceed *in forma pauperis* on Appeal is therefore **DENIED**.

    **SO ORDERED**, this 14th day of July, 2015.

    *s/ Hugh Lawson*
    HUGH LAWSON, SENIOR JUDGE